UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON


**UNITED STATES OF AMERICA**

v.    CRIMINAL ACTION NO. 2:17-00045

**JAMON L. WOODSON**


## SUPERVISED RELEASE REVOCATION AND JUDGMENT ORDER
## MEMORANDUM OPINION AND ORDER

On October 25 and November 13, 2018, the United States of America appeared by Christopher R. Arthur, Assistant United States Attorney, and the defendant, Jamon L. Woodson, appeared in person and by his counsel, Timothy J. LaFon, for a hearing on the petition seeking revocation of supervised release and amendment thereto submitted by United States Probation Officer M. Dylan Shaffer. The defendant commenced a four-year term of supervised release in this action on June 17, 2016, as more fully set forth in the Judgment Including Sentence Under the Sentencing Reform Act entered by the court on January 11, 2011.

The court heard the evidence, admissions of the defendant and the representations and argument of counsel.

For reasons noted on the record of this proceeding, which are ORDERED incorporated herein by reference, the court found by a preponderance of the evidence that the defendant has violated the conditions of supervised release in the following respects:  (1) the defendant committed the federal and state offense of possession of marijuana inasmuch as he was in possession of approximately 1.6 pounds of marijuana on May 3, 2018, which was found by law enforcement during a traffic stop in a duffel bag located behind the driver seat of the vehicle which the defendant was driving, as more fully set forth on the record of the hearing; (2) the defendant committed the state and local offenses of reckless driving and fleeing inasmuch as on October 22, 2018, when pulled over by law enforcement attempting to arrest the defendant on an active federal warrant, the defendant fled the scene in his vehicle driving at speeds of 100 miles per hour or more; and (3) the defendant used and possessed marijuana as evidenced by his signature on a voluntary admission form confirming his use of the drug; all as set forth in the petition on supervised release and amendment thereto.

And the court finding, as more fully set forth on the record of the hearing, that the violations warrant revocation of supervised release and, further, that it would unduly depreciate

**the seriousness of the violations if supervised release were not revoked, it is ORDERED that the supervised release previously imposed upon the defendant in this action be, and it hereby is, revoked.**

**And the court having complied with the requirements of Rule 32(a)(1)(B) and (C) of the Federal Rules of Criminal Procedure, and finding, after considering the factors set forth in 18 U.S.C. § 3583(e), that the defendant should be confined to the extent set forth below, it is accordingly ORDERED that the defendant be, and he hereby is, committed to the custody of the United States Bureau of Prisons for imprisonment for a period of EIGHT (8) MONTHS, to be followed by a term of three (3) years of supervised release upon the standard conditions of supervised release now in effect in this district as promulgated by the Administrative Office of the United States Courts (National Form AO 245B) and the standard conditions as set forth in Local Rule 32.3.**

**The defendant was remanded to the custody of the United States Marshal.**

**Recommendation**: The court recommends that the defendant be designated to an institution as close to Charleston, West Virginia, as feasible, preferably at FCI Morgantown or, alternatively, FCI Ashland.

The Clerk is directed to forward copies of this written opinion and order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED: November 15, 2018

John T. Copenhaver, Jr.
Senior United States District Judge